Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
MICHAEL PIERCEALL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PIERCEALL,<br><br>  Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.<br><br>  Defendant(s), | Case No.: 3:20-cv-02527-W-RBB<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.**<br><br>Judge: Hon Thomas J. Whelan |

### JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Plaintiff MICHAEL PIERCEALL ("Plaintiff"), and Defendant CITIBANK, N.A., ("Defendant") (collectively "The Parties"), herein respectfully submit this Joint Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

1  WHEREAS, the Parties stipulate that the entire action, including all claims, are
2  hereby dismissed with prejudice as to Defendant, and the Parties hereby jointly move
3  to dismiss this entire action with prejudice, with each Party to bear their own fees and
4  costs.

Dated: June 12, 2021          By:   */s/ Ahren A. Tiller*
                                    Ahren A. Tiller, Esq.
                                    BLC Law Center, APC
                                    Attorney for Plaintiff
                                    MICHAEL PIERCEALL

Dated: June 12, 2021          By:   */s/ Marcos Sasso*
                                    Marcos Sasso, Esq.
                                    Stroock & Stroock & Lavan, LLP
                                    Attorney for Defendant
                                    CITIBANK, N.A.

# SIGNATURE CERTIFICATION

I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

Dated: June 12, 2021　　　　　　By:　　*/s/ Ahren A. Tiller*
　　　　　　　　　　　　　　　　　　　Ahren A. Tiller, Esq.
　　　　　　　　　　　　　　　　　　　BLC Law Center, APC
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　MICHAEL PIERCEALL

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On June 12, 2021, I served the following documents:

&boxtimes; JOINT MOTION FOR DISMISSAL

By the following method(s):

&boxtimes; ECF/Notice of Electronic Filing ("NEF"): Marcos D. Sasso - msasso@stroock.com.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 12, 2021         By: */s/ Ahren A. Tiller*
                                  Ahren A. Tiller
                                  BLC Law Center, APC
                                  Attorneys for Plaintiff