# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PIERCEALL,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>　　　　　　　　　Defendant. | Case No.: 20-CV-2527 W (RBB)<br><br>**ORDER:**<br>**(1) VACATING STAY; AND**<br>**(2) GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br>**[DOC. 9]** |

On February 16, 2021, this Court granted the parties' joint motion to stay this matter pending completion of arbitration proceedings. (*See Stay Order* [Doc. 7].) Now pending before the Court is a joint motion to dismiss this action with prejudice. (*See Jt. Mot.* [Doc. 9].) Good cause appearing, the Court will **GRANT** the joint motion [Doc. 9] and **ORDERS** as follows:

- The **STAY** is **VACATED**.
- The case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: July 16, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　United States District Judge